No. 81–6370. SALMAN *v.* SWANSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6372. WADE *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 81–6376. WEBB *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81–6377. SEAGLE *v.* NORTH CAROLINA. Super. Ct. N. C., Durham County. Certiorari denied.

No. 81–6421. WESTOVER *v.* RICHENBERGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6469. MILLER *v.* UNITED STATES; and
No. 81–6477. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 666 F. 2d 991.

No. 81–6476. KIMBERLIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6479. SANDERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6483. PACE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6498. GUERRERO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–221. UNITED TRANSPORTATION UNION, SUCCESSOR TO BROTHERHOOD OF RAILROAD TRAINMEN *v.* SEARS ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–1488. ALASKA MARINE TRUCKING, A DIVISION OF LYNDEN TRANSPORT, INC. *v.* CARNATION CO. Ct. App. Wash. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.